DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GEORGETA MILLER,**
Appellant,

v.

**FINIZIO & FINIZIO, P.A., PAUL G. FINIZIO**
and **ANYA E. MACIAS,**
Appellees.

No. 4D19-100

[April 2, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. CACE09-005292.

Thomas Regnier of Kramer, Green, Zuckerman, Greene & Buchsbaum, P.A., Hollywood, for appellant.

Lissette Gonzalez and Scott A. Cole of Cole, Scott & Kissane, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

CONNER, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***